**Electronically Filed
Supreme Court
SCWC-24-0000653
12-JAN-2026
07:49 AM
Dkt. 12 ODAC**

SCWC-24-0000653

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Petitioner/Plaintiff-Appellee,

vs.

KAWIKA KANAKANUI,
Respondent/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000653; CASE NO. 1CPC-22-0000674)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Tonaki, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed

on December 4, 2025, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, January 12, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ John M. Tonaki

